UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SPECIALTY RX INC.,                                              :

                                                    :

           Plaintiff,

                                                    :        <u>ORDER</u>

        -v.-

                                                      :        20 Civ. 2651 (AJN) (GWG)

WHITE PLAINS NURSING HOME, INC.,                                :

          Defendant.                                            :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

      The settlement conference scheduled for September 3, 2020, is adjourned to September 4, 2020, at 10:00 a.m.

So Ordered.


Dated:  New York, New York
           September 2, 2020

                                                          SO ORDERED:

                                                          _____
                                                          GABRIEL W. GORENSTEIN
                                                          United States Magistrate Judge