UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SPECIALTY RX INC.,                                            :

                                                              :

          Plaintiff,
                                                              :         ORDER
          -v.-
                                                              :         20 Civ. 2651 (AJN) (GWG)


WHITE PLAINS NURSING HOME, INC.,                              :

          Defendant.                                          :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

    The conference scheduled for September 4, 2020, is adjourned sine die.

So Ordered.

Dated:  New York, New York
        September 3, 2020

                                          SO ORDERED:

                                          GABRIEL W. GORENSTEIN
                                          United States Magistrate Judge