UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SPECIALTY RX INC.,                                  :

                                                    :

          Plaintiff,

                                                    :           <u>ORDER</u>

         -v.-

                                                    :           20 Civ. 2651 (AJN) (GWG)

WHITE PLAINS NURSING HOME, INC.,     :

          Defendant.                               :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

      The settlement conference is adjourned to September 25, 2020, at 10:00 a.m.

So Ordered.


Dated:  New York, New York
          September 10, 2020

                                          SO ORDERED:

                                          _____
                                          GABRIEL W. GORENSTEIN
                                          United States Magistrate Judge