UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   12/1/2020
```

Specialty Rx, Inc.,

                          Plaintiff,

            -v-                                    20-cv-2651 (AJN)

White Plains Nursing Home, Inc.,                   ORDER
                          Defendant.


ALISON J. NATHAN, District Judge:

       It having been reported to this Court that the parties in this case have reached a
settlement, it is hereby ORDERED that the above-captioned action is discontinued without costs
to any party and without prejudice to restoring the action to this Court's calendar if the
application to restore the action is made within thirty (30) days.  To be clear, any application to
reopen **must** be filed **within thirty days** of this Order; any application to reopen filed thereafter
may be denied solely on that basis.

       All scheduled conferences are hereby adjourned.  Within the thirty-day period provided
for in this Order, the parties may submit to the Court their own Stipulation of Dismissal for the
Court to So Order.  Pursuant to Rule 5.A. of the Court's Individual Practices in Civil Cases, the
Court will not retain jurisdiction to enforce a settlement agreement unless the terms of the
agreement are made part of the public record.

       SO ORDERED.


Dated: December 1, 2020                    _____
       New York, New York                         ALISON J. NATHAN
                                           United States District Judge